USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9-14-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

23-cr-331 (LAK)
(26-cv-7660)

BASHIRU GANIYU,

Defendant.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The motion for leave to file a memorandum of law in excess of the word limit is granted. The Government shall respond to the motion to vacate (Dkts 113 and 114) no later than October 13, 2026.

The Clerk respectfully is directed to mail a copy of this order to the defendant.

SO ORDERED.

Dated: September 14, 2026

Lewis A. Kaplan
United States District Judge